CHARLES WEINING, petitioner-appellant,

*v.*

GUISEPPE SELLITTO and THOMAS SELLITTO, defendants-appellants, and DOMENIC SPENZIERATO, an infant, by his next friend, ALLESSANDRO SPENZIERATO, ALLESSANDRO SPENZIERATO and FELICIA SPENZIERATO, defendants-respondents.

[Submitted February term, 1937.   Decided April 30th, 1937.]

*Mr. John J. Clancy,* for the appellants.

*Mr. Harry Kay,* for the respondents.

PER CURIAM.

Our examination of the proofs taken in the court below convinces us that the order setting aside the decree *pro confesso* as against the infant Spenzierato, appointing a guardian and permitting an answer to be filed and awarding a counsel fee to the petitioner, was properly entered and it is therefore affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, LLOYD, CASE, BODINE, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   13.

*For reversal*—PARKER, HEHER, JJ.   2.